FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2021

No. 04-20-00467-CV

**IN RE** Stephen Patrick **BLACK**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1805-CV
Honorable Gary L. Steel, Judge Presiding

# O R D E R

The Relator's Motion for Extension of Time to file Motion for Rehearing is hereby
GRANTED. Time is extended to September 3, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 12th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court